ETTA O. WALKER, ETTIE OQUILLA WALKER, EDWIN MORRIS WALKER, ELLA OLIVA WALKER, ELI HERMAN WALKER, EUGENE WALDO WALKER, AND EVELYN LOANNA WALKER, *Appellants*, v. SLAVENS HARWOOD, JAMES M. SLAVENS, CARL C. SLAVENS, MARY SLAVENS JENKINS, AND JOHN SLAVENS FOX, Appellees.

Division B.

Decision Filed November 9, 1926.

Petition for rehearing denied November 30, 1926.

An Appeal from the Circuit Court for Indian River County; Elwyn Thomas, Judge.

*Nisle & Vocelle,* for Appellants;

*Fee & Liddon* and *Alto Adams,* for Appellees.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decree herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judg-

ment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.